## Abstract: Futures Institute (PI: Dr Sandeep Gopalan)

The University of Maryland Eastern Shore (UMES) is seeking funding for the establishment of a **Futures Institute** to elevate its position in the Carnegie Classification from an R2 to an R1 institution. The planned work program of the Institute will yield outputs and outcomes that are directly related to the criteria for a university to attain the R1 designation. Specifically, the Futures Institute will recruit 8 PhD students, 4 assistant professors (research track), a proficient grant writer, and world-leading scientists as research mentors for UMES faculty and students. Together, these activities are likely to result in a minimum of 8 new research PhD graduates, 40+ academic journal articles, over $10 million in new research income, over 400 new citations, testimony in Congress/state legislatures/regulatory bodies, dozens of media mentions, development of AI chatbots and an App, a substantial increase in student retention and graduation rates, and a system change at the national and institutional levels.

A critical feature of the Futures Institute proposal is that it perfectly matches the Department of Education's RDI program's underlying philosophy in pith and substance. Aside from yielding quantitative outcomes required to attain R1 status in 5 years, our proposal makes a meaningful and substantive contribution for system change. The Institute will undertake research on future grand challenges under three pillars: climate change, AI, and healthcare. Critically, the research will generate new knowledge from an African-American perspective in areas where there are documented gaps in data and research on African-Americans. Research on questions including how climate change impacts African-Americans, how racially biased AI tools perpetuate structural racism, and how healthcare and medical treatments need to be inclusive, will produce diverse, innovative, and inclusive solutions and create transformational change whilst building capacity.