

## UNIVERSITY OF MARYLAND EASTERN SHORE

## DIVISION *of* ACADEMIC AFFAIRS
*Office of the Provost and Vice President*

| | |
|---|---|
| Date: | February 27, 2025 |
| To: | Dr. Lily Tsai<br>Professor<br>Department of Criminal Justice |
| From: | Rondall E. Allen, Pharm.D.<br>Provost and Vice President for Academic Affairs |
| Cc: | Dr. Moses Kairo, Acting Vice President for Research<br>Mr. Chris Harrington, Acting Dean, School of Education, Social Sciences, and the Arts<br>Dr. Robert Brown, Chair, Department of Criminal Justice and Social Sciences |
| Re: | Futures Institute |

I hope this letter finds you well. I am writing to formally inform you that the Futures Institute has closed, and as a result, there will be no further work required on any of its related projects.

On behalf of the university, I want to extend my sincere appreciation for your contributions to the institute and your dedication to its initiatives. Your efforts have been invaluable, and we are grateful for the time and expertise you have invested.

Moving forward, I encourage you to continue your service commitments to the Department of Criminal Justice, student advising, and the projects associated with the Provost Faculty Fellows program. Your contributions in these areas remain critical to the university's mission, and I appreciate your continued dedication.

Thank you again for your service and commitment. Please do not hesitate to reach out if you have any questions.