EXHIBIT C



SOAR ABOVE & BEYOND

## DIVISION *of* ACADEMIC AFFAIRS
### School of Graduate Studies

February 27, 2025

Shaghayehg Shojaei
No29 Molavi2 St.
Behdari Ave
Urmia

Dear Shaghayegh:

I hope this message finds you well. I am writing to inform you that your current funding support from the Futures Institute will conclude on May 16, 2025, due to the closure of the Institute. After this date, the funding for your tuition, fees, and health insurance will end. Additionally, given the closure of the Institute, the University is no longer able to offer you a Research Assistantship with the Institute.

The closure of the Institute does not affect your enrollment at UMES. However, as you plan for the continuation of your studies, please be advised that securing future funding will now be your responsibility. I strongly encourage you to explore alternative sources of financial support, including grants, fellowships, assistantships, and external scholarships.

As an international student, it is particularly important to ensure that you maintain financial support in compliance with your visa requirements. If you intend to remain as a student at UMES, you will need to provide:

- a completed Certificate of Finance Form (I have attached a copy of the form and a copy of an example), and
- current bank statements, and/or a funding support letter.

Your estimated cost of attendance is $29,638.

Please do not hesitate to reach out to me if you have any questions regarding this transition. I am happy to provide guidance as you navigate this next phase of your graduate studies.

Sincerely,

LaKeisha L. Harris, Ph.D.
Dean

cc: Program Director
    Student File

Engineering and Aviation Science Complex, Suite 3046    Princess Anne, MD 21853    Tel: (410) 651-6507    Fax: (410) 651-7571