Outlook

## Research and Development Infrastructure Grant Program 84.116H

**From** Davy, Shakir █████@ed.gov>
**Date** Tue 01/04/2025 16:15
**To** Sandeep Gopalan <█████gopalan@█████>
**Cc** jspitula@umes.edu <jspitula@umes.edu>; goodenlr@aol.com <goodenlr@aol.com>; █████; █████>; efish@sandyspringbank.com <efish@sandyspringbank.com>; kevin.atticks@maryland.gov <kevin.atticks@maryland.gov>; ctm611@msn.com <ctm611@msn.com>; rhur@kslaw.com <rhur@kslaw.com>; fagan.harris2@maryland.gov <fagan.harris2@maryland.gov>; lt.governor@maryland.gov <lt.governor@maryland.gov>; █████

Good Afternoon,

The Department of Education has not terminated the Futures Institute grant (84.116H).

There has not been any correspondence from Congress or the Administration citing any closure to this grant. The grant was awarded a total of $4,680,568.00 to carry out the intended purpose of research and development. Until the Department receives official notice citing otherwise, please have this grant restored.

Thank You

Shakir K. Davy
Office of Postsecondary Education
U.S. Department of Education

Email: shakir.davy@ed.gov
Phone number: 202-453-7792