# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SANDEEP GOPALAN, | * |
| *Plaintiff*, | * |
| v. | * |
| | *     No. 1:25-cv-02469-MJM |
| UNIVERSITY OF MARYLAND EASTERN SHORE, *et al.*, | * |
| | * |
| *Defendants*. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), Defendants University of Maryland Eastern Shore, University System of Maryland, Rondall Allen, Heidi Anderson, Jason Casares, and Jay Perman, by their undersigned counsel, respectfully moves for an order from this Court granting its motion to dismiss with prejudice all seven counts in Plaintiff Sandeep Gopalan's Complaint (ECF 1). In support of this Motion to Dismiss, Defendants incorporate by reference the attached Memorandum of Law and a proposed Order.

November 10, 2025  
Baltimore, Maryland

Respectfully submitted,

ANTHONY BROWN  
Attorney General of Maryland

*/s/ Sarah A. Marquardt*  
SARAH MARQUARDT  
Federal Bar No. 17294  
Assistant Attorney General  
Office of the Attorney General  
200 St. Paul Place, 17th Floor  
Baltimore, Maryland  21202  
(410) 576-6437 (facsimile)  
smarquardt@oag.state.md.us  
(410) 576-6320  
(410) 576-6437 (facsimile)

*Attorney for Defendants,*  
*University of Maryland Eastern Shore,*  
*University System of Maryland,*  
*Rondall Allen,*  
*Heidi Anderson,*  
*Jason Casares,*  
*Jay Perman*