**United States Federal District Court**
**For the District of Maryland**

Sandeep Gopolan                            )
Plaintiff,                                         )
                                                     )  **Case No. 25-cv-2469 (MJM)**
        vs.                                       )
                                                     )
University of Maryland Eastern Shore    )
et al                                             )
Defendants.                               )

_____

## Plaintiff's Rule 41 Notice of Dismissal

Pursuant to the Federal Rules of Civil Procedure Rule 41, the Plaintiff Sandeep Gopolan, dismisses the Defendants in this matter, _without prejudice_, with each party to bear their own costs and attorney's fees.

A.J Dhali Esq.

Dhali P.C

Federal Bar No. 18631

1629 K. Street. NW. Suite 300

Washington D.C. 20006

Telephone: (202) 556-1285

Fax: (202) 556-1285

ajdhali@dhalilaw.com

Wednesday January 21, 2026

Attorney for the Plaintiff Sandeep Gopolan

## Certificate of Service

A copy of the foregoing was filed on 1/21/2026 via ECF with copies sent to counsel for the Defendant, Sarah A Marquardt Esq.

/s/ A.J Dhali